**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

**In re**                                                         Case No.: 05−47020 − A659
**Debtor(s):**                                                    Chapter: 13
Frank A. Pruneau
xxx−xx−8820

### ORDER

    **IT IS ORDERED** that the above case is transferred to Bankruptcy Judge Barry S Schermer ,

and will hereafter be designated with the Number A399 in lieu of the Number A659.

*Kathy A Surratt-States*

**U. S. Bankruptcy Judge**

Dated: 5/23/05