**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**
**(314) 244−4500**

**In re**                                                                    **Case No.: 05−47020 − A399**

  **Debtor(s):**                                                             **Chapter: 13**

  Frank A. Pruneau − See below for reported alias information.
  xxx−xx−8820 −
   − See below for reported alias information.
   −

### Order and Notice of Failure to Pay Filing Fee Through Internet

The Board of Judges has approved making payment of fee related events mandatory through the Internet effective September 1, 2004. On May 20, 2005 , ECF participant William L. Johnson did not pay the filing fee of $194.00 through the Internet for Chapter 13 Voluntary Petition . A filing fee is due at the time of filing this document. Payment of all fees due can be made either through CM/ECF by accessing the Internet Payment Due option in the Utilities menu or by bringing the necessary payment directly to the Intake Counter of the Court.

If the fee is not paid within two business days from the date of this Order, **the petition or pleading may be dismissed or denied without further notice.**

**U.S. Bankruptcy Judge**

Dated: 5/23/05
St. Louis, Missouri

**Reported Alias Information:**
Frank A. Pruneau −
 −