**UNITED STATES BANKRUPTCY COURT**
**Eastern District Of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**
**(314) 244–4500**

In re

**Debtor(s):**                              **Case No.: 05–47020 –A399**
Frank A. Pruneau –                          **Chapter: 13**
xxx–xx–8820 –                               **Date Filed: 5/20/05**
–
–

# NOTICE OF DEFICIENT FILING

**Due to omissions in the voluntary petition and/or filings, the following documents are due within 15 calendar days from the date of filing of the above listed bankruptcy petition.**

**Notice is hereby given that failure to correct the deficiencies noted below ☑ or file a written request for extension of time within the 15–day period may lead to the dismissal of this case without further notice or hearing from this Court.**

- ☐ Summary of Schedules
- ☐ Schedule A
- ☐ Schedule B
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Declaration Concerning Debtor(s) Schedules
- ☐ Statement of Financial Affairs
- ☑ Attorney Fee Election Form
- ☑ Chapter 13 Plan with Certificate of Service indicating a copy was mailed to all creditors
- ☑ Summary (Analysis) of Chapter 13 Plan
- ☑ Summary of Schedules, Schedules A–J, Declaration Concerning Debtor(s) Schedules, and Statement of Financial Affairs.
- ☐ Statement of Corporate Ownership required by Fed. R. Bankr. P. 1007(a)(1) and 7007.1.

**FOR THE COURT:**

**/s/ Dana C. McWay**
**Clerk of Court**

Dated: 5/23/05
St. Louis, Missouri