UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re                                    )
                                         )
FRANK AUGUST PRUNEAU, JR.,               )   Case No. 05-47020-399
                                         )
                                         )   Chapter 13
             Debtor                      )

## ORDER AND NOTICE OF DISMISSAL

At Saint Louis, in this District, this 25th day of May, 2005.

On April 11, 2005, this Court entered in Debtor's previous Case No. 05-40490-399, an Order of Dismissal which imposed 11 U.S.C. § 109(g), for Debtor's failure to pay the filing fee in full.  Accordingly, it is

ORDERED that this Chapter 13 case be and it hereby is DISMISSED, and the stays of 11 U.S.C. §362 are hereby terminated in that Debtor was not eligible to file any petition in bankruptcy for a period of 180 days, pursuant to this Court's Order of April 11, 2005, entered in Case No. 05-40490-399.

IT IS FURTHER ORDERED that any order previously entered to deduct from wages is SET ASIDE.

IT IS FURTHER ORDERED that John V. LaBarge, Jr., Chapter 13 Trustee, is directed to pay claims as allowed under 11 U.S.C. §503(b), first by paying court costs, then retaining $100.00 of any funds on hand as compensation for services and expenses, and then paying the other 11 U.S.C. § 503(b) claims and  is required to return any remaining funds to the Debtor.

IT IS FURTHER ORDERED that the Trustee shall promptly file his final report and upon so doing is discharged as Trustee and is relieved of and discharged from his bond.

IT IS FURTHER ORDERED that all pending Motions and Applications, if any, are hereby DENIED, as moot.

DATED:  May 25, 2005

St. Louis, Missouri

Barry S. Schermer
United States Bankruptcy Judge

Copy mailed to:

All Creditors and Parties in Interest