**UNITED STATES BANKRUPTCY COURT**
**Eastern District Of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**
**(314) 244−4500**

In re

**Debtor(s):**                                        **Case No.: 05−47020 −A399**
Frank A. Pruneau −                            **Chapter: 13**
xxx−xx−8820 −                                    **Date Filed: 5/20/05**
−
−

# NOTICE OF DEFICIENT FILING

**Due to omissions in the voluntary petition and/or filings, the following documents are due within 15 calendar days from the date of filing of the above listed bankruptcy petition.**

**Notice is hereby given that failure to correct the deficiencies noted below ☑ or file a written**

**request for extension of time within the 15−day period may lead to the dismissal of this case without further notice or hearing from this Court.**

- ☐ Summary of Schedules
- ☐ Schedule A
- ☐ Schedule B
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Declaration Concerning Debtor(s) Schedules
- ☐ Statement of Financial Affairs
- ☑ Attorney Fee Election Form
- ☑ Chapter 13 Plan with Certificate of Service indicating a copy was mailed to all creditors
- ☑ Summary (Analysis) of Chapter 13 Plan
- ☑ Summary of Schedules, Schedules A−J, Declaration Concerning Debtor(s) Schedules, and Statement of Financial Affairs.
- ☐ Statement of Corporate Ownership required by Fed. R. Bankr. P. 1007(a)(1) and 7007.1.

**FOR THE COURT:**

**/s/ Dana C. McWay**
**Clerk of Court**

Dated: 5/23/05
St. Louis, Missouri

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0865-4          User: blar            Page 1 of 1              Date Rcvd: May 23, 2005
Case: 05-47020                Form ID: defnot15     Total Served: 3
```

```
The following entities were served by first class mail on May 25, 2005.
db      +Frank A. Pruneau,   505 Sunshine Drive,   Festus, MO 63028-1644
aty     +William Lyman Johnson,   306 S. Main St.,   DeSoto, MO 63020-2106
tr      +John V. LaBarge, Jr,   Chapter 13 Trustee,   P.O. Box 430908,   St. Louis, MO 63143-0908
```

```
The following entities were served by electronic transmission.
NONE.                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2005**                    **Signature:**  _Joseph Speetjens_