**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re**                                                                                       **Case No.: 05−47020 − A659**
**Debtor(s):**                                                                                      **Chapter: 13**
Frank A. Pruneau
xxx−xx−8820

## ORDER

    **IT IS ORDERED** that the above case is transferred to Bankruptcy Judge Barry S Schermer ,

and will hereafter be designated with the Number A399 in lieu of the Number A659.


*Kathy−A Surratt−States*

**U. S. Bankruptcy Judge**


Dated: 5/23/05

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0865-4          User: mccj            Page 1 of 1              Date Rcvd: May 23, 2005
Case: 05-47020               Form ID: otranjud      Total Served: 7


The following entities were served by first class mail on May 25, 2005.
db         +Frank A. Pruneau,    505 Sunshine Drive,    Festus, MO 63028-1644
aty        +William Lyman Johnson,    306 S. Main St.,    DeSoto, MO 63020-2106
tr         +John V. LaBarge, Jr,    Chapter 13 Trustee,    P.O. Box 430908,    St. Louis, MO 63143-0908
ust        +Office of U.S. Trustee,    111 South Tenth Street,    Suite 6353,    St. Louis, MO 63102-1125
4692131    +AMC Mortgage Services Inc.,    PO Box 11000,    Santa Ana, CA 92711-1000
4692132    +Ameriquest Mortgage Company,    Millsap & Singer, P.C.,    7777 Bonhomme Ave., Suite 2300,
             Saint Louis, MO 63105-1963
4692133    +Millsap & Singer, P.C.,    7777 Bonhomme Ave., Suite 2300,    Saint Louis, MO 63105-1963

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2005                    Signature:  _Joseph Speetjens_