UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re                                    )
                                         )
FRANK AUGUST PRUNEAU, JR.,               )   Case No. 05-47020-399
                                         )
                                         )   Chapter 13
                    Debtor               )

## ORDER AND NOTICE OF DISMISSAL

At Saint Louis, in this District, this 25th day of May, 2005.

On April 11, 2005, this Court entered in Debtor's previous Case No. 05-40490-399, an Order of Dismissal which imposed 11 U.S.C. § 109(g), for Debtor's failure to pay the filing fee in full.  Accordingly, it is

ORDERED that this Chapter 13 case be and it hereby is DISMISSED, and the stays of 11 U.S.C. §362 are hereby terminated in that Debtor was not eligible to file any petition in bankruptcy for a period of 180 days, pursuant to this Court's Order of April 11, 2005, entered in Case No. 05-40490-399.

IT IS FURTHER ORDERED that any order previously entered to deduct from wages is SET ASIDE.

IT IS FURTHER ORDERED that John V. LaBarge, Jr., Chapter 13 Trustee, is directed to pay claims as allowed under 11 U.S.C. §503(b), first by paying court costs, then retaining $100.00 of any funds on hand as compensation for services and expenses, and then paying the other 11 U.S.C. § 503(b) claims and  is required to return any remaining funds to the Debtor.

IT IS FURTHER ORDERED that the Trustee shall promptly file his final report and upon

so doing is discharged as Trustee and is relieved of and discharged from his bond.

IT IS FURTHER ORDERED that all pending Motions and Applications, if any, are

hereby DENIED, as moot.

DATED:  May 25, 2005

St. Louis, Missouri

Barry S. Schermer
United States Bankruptcy Judge

Copy mailed to:

All Creditors and Parties in Interest

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0865-4          User: blar              Page 1 of 1            Date Rcvd: May 25, 2005
Case: 05-47020                Form ID: pdfo3          Total Served: 8
```

```
The following entities were served by first class mail on May 27, 2005.
db         +Frank August Pruneau, Jr.,   505 Sunshine Drive,   Festus, MO 63028-1644
aty        +William Lyman Johnson,   306 S. Main St.,   DeSoto, MO 63020-2106
tr         +John V. LaBarge, Jr,   Chapter 13 Trustee,   P.O. Box 430908,   St. Louis, MO 63143-0908
ust        +Office of U.S. Trustee,   111 South Tenth Street,   Suite 6353,   St. Louis, MO 63102-1125
4692131    +AMC Mortgage Services Inc.,   PO Box 11000,   Santa Ana, CA 92711-1000
4692132    +Ameriquest Mortgage Company,   Millsap & Singer, P.C.,   7777 Bonhomme Ave., Suite 2300,
            Saint Louis, MO 63105-1963
4692133    +Millsap & Singer, P.C.,   7777 Bonhomme Ave., Suite 2300,   Saint Louis, MO 63105-1963
4693001    +Missouri Department of Revenue',   Bankruptcy Unit,   P O Box 475,   Jefferson City MO 65105-0475

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 27, 2005**                    **Signature:** _Joseph Speetjens_