IN THE UNITED STATES  BANKRUPTCY COURT
EASTERN DISTRICT
EASTERN DIVISION

IN RE:                                )
                                      )            CASE NO: 05-47020-399
    FRANK A PRUNEAU                    )
    505 SUNSHINE DRIVE                 )            CHAPTER 13
                                      )
    FESTUS MO          63028-0000      )            DATE: 07/13/05
                                      )
                                      )

TRUSTEE'S FINAL REPORT AND ACCOUNT


     JOHN V. LABARGE, JR.     , Trustee for the above case, submits the following
final  report and account of  the  administration  of  the  estate  pursuant  to
11 USC 1302 (b)(1).

    1.  The case was filed on May 20, 2005.
The case was subsequently DISMISSED PRIOR TO CONFIRMATION on May 25, 2005.

    2. The  amount paid to  the  Trustee  by or  on behalf of the debtor(s) was
$    .00 .

    3. The Trustee made disbursements as follows:
--------------------------------------------------------------------------------
CREDITOR NAME / TYPE                    CLAIM AMT     PRIN PD     INT PD    BAL DUE
--------------------------------------------------------------------------------

                                        -----------------------
        TOTAL DISBURSED:        .00                    .00        .00

    4. Summary of disbursements to Creditors:
--------------------------------------------------------------------------------
                        PRIORITY   UNSECURED   SECURED          TOTAL
--------------------------------------------------------------------------------
CLAIM AMOUNT                 .00        .00        .00            .00
PRINCIPAL PAID               .00        .00        .00            .00
INTEREST PAID                .00        .00        .00            .00




PAGE  1 - CONTINUED ON NEXT PAGE

CHAPTER 13 CASE NO. 05-47020-399

5. Costs of administration:

```
    Clerk                                              .00
    Trustee                                            .00
    Attorney                                           .00
    Refunds to Debtor or Chapter 7 Trustee             .00
```

If this report reflects funds paid to Debtor(s), it may include funds received by the Trustee after the date of dismissal and returned to Debtor(s) because the funds were not part of the bankruptcy estate.

JOHN V. LABARGE, JR., standing trustee for the above named case, certifies to the Court and the United States Trustee, that he has faithfully and properly fulfilled the duties of the standing trustee, and that the Chapter Thirteen case has been fully administered.

Wherefore the trustee requests an Order be entered which discharges the Chapter Thirteen Trustee and his surety from any and all liability on account of the above case, closes the chapter thirteen estate, and grants such other relief as may be just and proper.

/s/ John V. LaBarge, Jr.
_____
JOHN V. LABARGE, JR.
CHAPTER 13 TRUSTEE
P.O. BOX 430908
ST. LOUIS, MO  63143
(314) 781-8100
Fax: (314) 781-8881
trust33@ch13stl.com

cc FRANK A PRUNEAU
   505 SUNSHINE DRIVE

   FESTUS MO            63028

   WILLIAM L JOHNSON
   306 S MAIN ST

   DE SOTO MO                63020-0000